McNEIL (WALTON v.). See Case No. 17,-134.

McNEIL. The ALEXANDER. See Cases Nos. 1,988, 3,312a, and 13,186.

McNEIL, The J. G. See Case No. 7,317.

---

## Case No. 8,916.

### Ex parte McNEILL.

[The case reported under above title in 15 Int. Rev. Rec. 144, is the same as Case No. 966.]